DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ZOKAURI KESHAUN YOUNG,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0062

_____

January 30, 2026

Appeal from the Circuit Court for Hillsborough County; Lyann Goudie, Judge.

Blair Allen, Public Defender, and Amanda Peterson, Special Assistant Public Defender, Mulberry, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Jonathan P. Hurley, Special Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

LUCAS, C.J., and LaROSE and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.